# United States Bankruptcy Court
## Southern District of Florida

In re  **One Pay Cloud, LLC**                                  Case No.
                                   Debtor(s)                   Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **One Pay Cloud, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Transact First LLC**
**11451 NW 36th Ave**
**Miami, FL 33167**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 15, 2024** | **/s/ Diego G. Mendez** |
| Date | **Diego G. Mendez 52748** |
| | Signature of Attorney or Litigant |
| | Counsel for  **One Pay Cloud, LLC** |
| | **MENDEZ LAW OFFICES** |
| | **P.O. BOX 228630** |
| | **Miami, FL 33222** |
| | **305-264-9090 Fax:1-305-809-8474** |
| | **INFO@MENDEZLAWOFFICES.COM** |