## United States Bankruptcy Court
### Southern District of Florida

In re  **One Pay Cloud, LLC**　　　　　　　　　　　　　　Case No.  **24-10349**
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Transact First LLC**<br>**11451 NW 36th Ave**<br>**Miami, FL 33167** | | | **100% Owner** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　I, the **Director of Operations** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 29, 2024**　　　　　　　　　　Signature  **/s/ Oksana Moore**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Oksana Moore**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders